UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-22817-CIV-HUCK/SIMONTON

ILEROL TRUCKING, INC.
and ROLANDO LOPEZ,

    Plaintiffs,

v.

FEDEX GROUND PACKAGE
SYSTEM, INC.,

    Defendant.
_____/

## ORDER ON PENDING DISCOVERY MOTIONS

This matter is before the Court pursuant to Defendant's Motion To Compel Complete Discovery Responses (DE # 22) and Defendant's Motion To Compel Responses To Defendant's Second Request For Production and Documents (DE # 40).  These motions are referred to the undersigned Magistrate Judge (DE # 2).  These motions have been fully briefed (DE ## 28, 36, 42, 44).  On March 19, 2008, a hearing was held on the motions, at which time oral rulings were announced.  This Order sets forth those rulings.

Therefore, for the reasons stated on the record at the hearing, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion To Compel Complete Discovery Responses (DE # 22) and Defendant's Motion To Compel Responses To Defendant's Second Request For Production and Documents (DE # 40), are **GRANTED** **in part**, as follows:

    1.  As to Interrogatories 1 and 4, Defendant's motion to compel is moot as to witness Eloy Fuentes.  On or before March 25, 2008, Plaintiffs must serve on Defendant's counsel, by facsimile or by email, a more complete response to these interrogatories

which provides the full contact information in Plaintiffs' possession for the remaining potential witnesses, as well as the substance of their knowledge concerning the case.

2. As to Interrogatory 3, on or before March 31, 2008, Plaintiffs must provide a detailed damages calculation including total amount sought, how the amount was calculated, including the factual basis for the amount and a description of the documents upon which the calculation was based.

3. As to Interrogatory 6, on or before March 31, 2008, Plaintiffs must provide any additional information as to doctors who have treated Plaintiff Lopez and the dates of that treatment.

4. As to Interrogatory 7, on or before March 31, 2008, Plaintiffs must provide a more complete response to this interrogatory.

5. As to Interrogatory 14, the motion to compel is moot.

6. As to Interrogatory 8, on or before 5:00 p.m. on March 21, 2008, Plaintiffs' counsel must inform Defendant's counsel whether Plaintiffs will be calling their accountant as a witness at trial; if so, on or before March 25, 2008, Plaintiffs must provide a statement setting forth the substance of her testimony.

7. On or before March 25, 2008, Plaintiffs must serve on Defendant's counsel, by facsimile or by email, full written responses to Defendant's First and Second Requests for Production.  Plaintiffs are required to produce documents which they are legally entitled to obtain from third parties, such as cancelled checks, receipts for truck repairs, and complete tax returns. In these responses, Plaintiffs must state, with specificity, what efforts they have taken to obtain responsive documents from third parties.  As part of these responses, Plaintiffs must also provide to Defendant any documents which Plaintiffs intend to rely on at trial.  It is further

**ORDERED AND ADJUDGED** that Defendant's Requests for Sanctions (DE ## 24, 40) are **DENIED**, as not justified under the circumstances of this case.  However, if Defendant files another motion to compel and seeks sanctions, Defendant may also seek all fees and costs incurred in the filing of the instant discovery motions.

**DONE AND ORDERED** in chambers in Miami, Florida, on March 19, 2008.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
The Honorable Paul C. Huck,
    United States District Judge
All counsel of record